UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK, | No. C 11-3520 SI (pr) |
| Plaintiffs | **ORDER EXTENDING DEADLINE** |
| v. | |
| MICHAEL MARTEL, Warden, | |
| Defendant. | |

In an order filed on November 8, 2011, plaintiff was ordered to file an amended complaint no later than December 23, 2011. Plaintiff now requests a two-month extension of the deadline to file that amended complaint. He has not shown good cause for such a lengthy extension of the deadline. Accordingly, the court will GRANT the request for an extension of time, but limit the extension of time to a 30-day extension. (Docket # 8.) Plaintiff must file an amended complaint no later than **January 24, 2012** that cures the deficiencies identified in the November 8, 2011 Order Of Dismissal With Leave To Amend. No further extensions of the deadline should be expected because, by the time that deadline arrives, plaintiff will have had ten weeks to prepare an amended complaint.

IT IS SO ORDERED.

Dated: December 23, 2011

_____
SUSAN ILLSTON
United States District Judge