IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,

    Plaintiff,

vs.

MICHAEL MARTEL, Warden,

    Defendant.

No. C 11-03520 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND DENYING HIS OTHER PENDING MOTION**

    Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. The Court previously granted Plaintiff an extension of time to file his amended complaint. However, to date, Plaintiff has not done so, and his amended complaint is presently overdue.

    Before the Court is Plaintiff's motion entitled, "Request for Refiling of Prior Request for Extension of Time," which the Court construes as a request for a second extension of time to file his amended complaint. (Docket No. 12.) Good cause appearing, this motion is GRANTED. Plaintiff shall file his amended complaint no later than **August 24, 2012. No further extensions of time will be granted in this case absent extraordinary circumstances.** If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

    Also before the Court is Plaintiff's motion, entitled "Notice of Finality of State Writ of Habeas Corpus on the Religious Privilege Rule [and] Request for Order to the State Court to Rule on the Chilling Equals Harm Factor." (Docket No. 15.) Plaintiff explains that, on February 14, 2012, the Marin County Superior Court issued an order denying his petition for a writ of habeas corpus. He has attached a copy of the state court's denial for failure to state a prima facie claim for relief in his petition, which alleged "that respondent Acting San Quentin Warden Michael Martel ('Warden' or respondent) ha[d] signed a local San Quentin rule that has the effect of 'doing away with "privileged" status of (non-threatening) speech with death row clergy." (Feb. 14, 2012 Marin

County Superior Court Order in Case No. SC178534A at 1.)  In his motion, Plaintiff requests this Court to "act upon this claim that the lower court has not actually addressed the claim, because that court ignored 'chilling' as a form of harm, and thus, destroys the 'order' by the state superior court in its Feb. 14, 2012, Order Denying the State Writ."  (Pl.'s March 12, 2012 Mot. at 6.)  To the extent that Plaintiff is attempting to get this Court to order state court officials to conform their conduct to state law (as opposed to federal law), the Eleventh Amendment prohibits a federal district court from ordering state officials to conform their conduct with state law.  *Demos v. U.S. District Court*, 925 F.2d 1160, 1161-72 (9th Cir. 1991) (federal courts are without power to direct state courts or their judicial officers in the performance of their duties).  Accordingly, Plaintiff's motion (Docket No. 15) is DENIED.

This Order terminates Docket Nos. 12 and 15.

IT IS SO ORDERED.

DATED:   July 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**