IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,

    Plaintiff,

vs.

MICHAEL MARTEL, et al.,

    Defendants.

No. C 11-03520 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. He has been permitted two extensions of time in which to file his amended complaint. (Docket Nos. 9, 16). In its Order permitting a second extension of time, the Court explicitly warned Plaintiff that failure to file his amended complaint by August 24, 2012 would result in dismissal of the complaint.

The August 24, 2012 deadline has passed. Plaintiff has failed to file either an amended complaint or otherwise communicate with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall enter judgment, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DATED: August 29, 2012

    YVONNE GONZALEZ ROGERS
    UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.11\Clark3520.DISMnoAC.frm