IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **DOUGLAS DANIEL CLARK,** <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN CHAPPELL, Warden,** <br><br> Defendant. | Case No. C 11-3520 YGR (PR) <br><br> **ORDER GRANTING DEFENDANT CHAPPELL'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Good cause appearing, Defendant Chappell's Motion to Change Time to File a Dispositive Motion is GRANTED. Chappell shall file his dispositive motion on or before October 10, 2014, to coincide with the dispositive motion deadline for Defendant Beard. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** after the date on which Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

Dated: July 22, 2014

_____
Yvonne Gonzalez Rogers
United States District Court Judge

1

P:\PRO-SE\YGR\CR.11\Clark3520.grantEOT-MSJ.doc