UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DANIEL CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN CHAPPELL, et al.,<br><br>    Defendants. | Case No. 11-cv-03520-YGR  (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO VOLUNTARILY DISMISS ALL CLAIMS AGAINST DEFENDANT CHAPPELL; AND DENYING HIS MOTION FOR HEARING** |

Before the Court is Plaintiff's motion entitled, "Request for Hearing and Motion to Eliminate One Defendant and Greatly Reduce the Need for Any Expenditure of Resources For All In Regard to 'Chappell'" Dkt. 63. Plaintiff requests to voluntarily dismiss all claims against Defendant Chappell, stating as follows:

> Requested Hearing or Action in Lieu of Hearing:
>
> I believe we can do without Chappell as a named defendant. The set of rules he created by his signature, O.P. 608, once held "Article 10 Appeal Rules." He has since voided that entire section. He now follows the director Secretary's 15 CCR Article 8. Appeal Rules, which state:
> I have unfettered rights to file grievances.
> Then it says I only can appeal one issue per two week period. I arsrived [sic] in 1983, and it was two per week. Now it is one quarter that.
> Then if I dare exceed this unconstitutional limit, I am on a Year's Restriction to one per month (second year of that is underway).
> That part of this claim is alive and well against Dr. Jeffery Beard.

*Id.* at 5.

Plaintiff's "Request for Hearing and Motion to Eliminate One Defendant and Greatly Reduce the Need for Any Expenditure of Resources For All In Regard to 'Chappell'" is GRANTED in part and DENIED in part. Dkt. 63. The Court GRANTS Plaintiff's request to voluntarily dismiss all claims against Defendant Chappell. The Court finds no hearing is necessary to rule on Plaintiff's request; therefore, his request for a hearing is DENIED.

This Order terminates Docket No. 63.

IT IS SO ORDERED.

Dated: February 23, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge