UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS DANIEL CLARK,

    Plaintiff,

  v.

DR. JEFFREY BEARD,

    Defendant.

Case No. 11-cv-03520-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendant Beard's Motion for Summary Judgment; and Addressing Other Pending Motions,

    IT IS ORDERED AND ADJUDGED

    That judgment is hereby entered in favor of Defendant Beard and against Plaintiff, and that each party bear its own costs of action.

Dated: July 20, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge