UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS DANIEL CLARK**, <br><br> Plaintiff. <br><br> v. <br><br> **DR. J. BEARD, SEC'Y OF CDCR**, <br><br> Defendant. | Case No.: 11-cv-03520 <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION** <br><br> Re: Dkt. No. 82 |

On July 20, 2015, the Court entered judgment in favor of defendant Beard and against plaintiff Clark. (Dkt. No. 79.)

Currently pending before the Court is a motion for a 30-day extension of time to file a motion for reconsideration of this decision, filed by plaintiff Clark. (Dkt. No. 82.) Good cause appearing, the Court hereby **GRANTS** the motion and extends the briefing schedule. Plaintiff shall file his motion for reconsideration by October 13, 2015.

**IT IS SO ORDERED.**

This Order terminates Docket Number 82.

Dated: September 15, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**